# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

RYAN LEE RAYFIELD,                      )
                                        )
    Plaintiff,      )
                                        )
v.                                      )    No. 1:23-CV-80-JRG-CHS
                                        )
ZACHARY YOUNG AND THOMAS,               )
                                        )
    Defendants.     )    *Lead Case Consolidated with*

---

RYAN RAYFIELD,                          )
                                        )
    Plaintiff,      )    No. 1:24-CV-56-JRG-CHS
                                        )
v.                                      )    **JURY DEMANDED**
                                        )
BRADLEY COUNTY, TENNESSEE,              )
                                        )
    Defendant.      )

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Now come the parties, by and through counsel, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, file with the Court their Joint Stipulation of Dismissal with Prejudice and on the merits Plaintiff's Complaint and any Amended Complaints filed by Plaintiff. The parties further announce that they have fully and finally resolved all matters that were or could have been raised or asserted in the above litigation against each other, and the parties desire the instant dismissal with prejudice on the merits be filed of record and that the above-styled case be dismissed with prejudice and on the merits.

*(Signatures on next page)*

This 27th day of January, 2026.

Respectfully submitted,

**MOSELEY & MOSELEY**

By:    */s/ James Bryan Moseley (by BTHjr w/perm)*
James Bryan Moseley, BPR#21236
Attorney for Plaintiff
237 Castlewood Drive, Suite D
Murfreesboro, TN 37129
P: (615) 254-0140
bryan.moseley@moseleylawfirm.com

**SPICER RUDSTROM, PLLC**

By:    */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendant
537 Market Street, Suite 203
Chattanooga, TN 37402
T: 423-756-0262
F: 423-756-8489
E: thickey@spicerfirm.com